UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

VJB CONSTRUCTION CORP.,

          Plaintiff,

  -against-

LIBERTY INTERNATIONAL UNDERWRITERS,

          Defendant.
------------------------------------------------------------------x

Civil Action No.: 07 CV 11347

**LIBERTY MUTUAL CIVIL RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant LIBERTY MUTUAL INSURANCE COMPANY, named herein as LIBERTY INTERNATIONAL UNDERWRITERS (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    None.

Dated: New York, New York
       December 17, 2007

Yours, etc.,

JAFFE & ASHER LLP

By: _____
Marshall T. Potashner, Esq. (MTP-3552)
Attorneys for Defendant
LIBERTY MUTUAL INSURANCE
COMPANY n/h/a LIBERTY
INTERNATIONAL UNDERWRITERS
600 Third Avenue, 9TH Floor
New York, New York 10016
(212) 687-3000

[RECEIVED DEC 18 2007 U.S.D.C. S.D.N.Y. CASHIERS]