*Keenan, J*

Dec-21-07  12:01pm  From-GOETZ FITZPATRICK LLP     212 628 4013      T-772  P.002/002  F-267

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

VJB CONSTRUCTION CORP.,   Civil Action No.:
                          07 Civ. 11347 (JFK)
    Plaintiff,

-against-
                          **STIPULATION**
LIBERTY INTERNATIONAL UNDERWRITERS,

    Defendant.
----------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for all parties hereto, that defendants' time to answer, move, or otherwise respond to the complaint shall be, and hereby is, adjourned until and including January 18, 2008.

Dated:  New York, New York
        December 21, 2007

GOETZ FITZPATRICK LLP                    JAFFE & ASHER LLP

By: _____              By: _____
    Howard Rubin, Esq. (HR-)                 Marshall T. Potashner, Esq. (MTP-3552)
Attorneys for Plaintiff                  Attorneys for Defendant
VJB CONSTRUCTION CORP.                   LIBERTY MUTUAL INSURANCE
One Penn Plaza, Suite 4401               COMPANY n/h/a LIBERTY
New York, New York 10119                 INTERNATIONAL UNDERWRITERS
(212) 695-8100                           600 Third Avenue, 9th Floor
                                         New York, New York 10016
                                         (212) 687-3000

SO ORDERED:

*John F. Keenan* 12/27/07
Hon. John F. Keenan, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-27-07