UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
VJB CONSTRUCTION CORP.,                              Index No. 07 Civ. 11347 (JFK)

                            Plaintiff,

                                                              **NOTICE OF DISMISSAL**

  -against-

LIBERTY INTERNATIONAL UNDERWRITERS,

                            Defendant.
-------------------------------------------------------------------X

     **IT IS HEREBY STIPULATED AND AGREED**, by the undersigned, the attorneys of record for the plaintiff, that, any and all claims as against the defendant are hereby discontinued without prejudice and without costs as to any party.

Dated: January 11, 2008
       New York, New York

                                         GOETZ FITZPATRICK LLP

                                         By: _____
                                            George Christopoulos, Esq.
                                            Attorneys for Plaintiff
                                            One Penn Plaza, Suite 4401
                                            New York, New York 10119
                                            (212) 695-8100