UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

VJB CONSTRUCTION CORP.,                         Index No. 07 Civ. 11347 (JFK)

                    Plaintiff,

                                                     **NOTICE OF DISMISSAL**

  -against-

LIBERTY INTERNATIONAL UNDERWRITERS,

                    Defendant.
-------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned, the attorneys of record for the plaintiff, that, any and all claims as against the defendant are hereby discontinued without prejudice and without costs as to any party.

Dated: January 11, 2008
       New York, New York

SO ORDERED.

Dated:   New York, N.Y.
          February 21, 2008

_/s/ John F. Keenan_
      U.S.D.J.

GOETZ FITZPATRICK LLP

By: _/s/_
    George Christopoulos, Esq.
Attorneys for Plaintiff
One Penn Plaza, Suite 4401
New York, New York 10119
(212) 695-8100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-26-08